Form 210A (10/06)

# United States Bankruptcy Court

Eastern District Of Michigan

In re   CLIFFORD C VANIDOUR   ,   Case No.   09-33799

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Capital Asset Recovery, LLC | FreedomRoad Financial |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Capital Asset Recovery
  PO Box 35086
  Dallas, TX 75235

Court Claim # (if known):   6
Amount of Claim:   $8,557.36
Date Claim Filed:   10/02/2009

Phone:   888-921-2644
Last Four Digits of Acct. #:   1576

Phone:   866-870-1717
Last Four Digits of Acct. #:   1576

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Tim Erwin   Date:   04/08/2010
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.